CASE SEALED: __X__  UNSEALED:____

CASE NO: _____

**SEALED**

### PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

SA11CR0424 OG

USAO #: __2009R20078__

COUNTY: __BEXAR__   DIVISION: __SAN ANTONIO__   JUDGE: _____

DATE: __MAY 25, 2011__   MAG.CT.#: _____   FBI #: _____

ASSISTANT U.S. ATTORNEY: __MARK T. ROOMBERG__   DEF. D.O.B.: ██████

DEFENDANT NAME: __AHMAD HUSSEIN KHALIL (1)__   DEF. SSN: _____

DEFENDANT'S A/K/A'S: _____

DEFENDANT'S ADDRESS: ██████████████

CITIZENSHIP:   United States: __X__   Mexican ____   Other: ____

INTERPRETER NEEDED:   YES: ____   NO: __X__   Language: ____

DEFENSE ATTORNEY'S NAME: _____
        Employed: ____   Appointed: ____

DEFENSE ATTORNEY'S ADDRESS: _____

DEFENDANT IS:  In Jail: ____   Where: _____   Writ Attached: __No__

        On Bond: ____  Amount of Bond: __REC: $50,000 (unsecured)__  SID/SO# ____

        Where on Bond: _____

DATE OF ARREST: _____   TO BE ARRESTED: __X__   BENCH WARRANT NEEDED: __YES__

PROBATION OFFICER: _____   NAME & ADDRESS OF SURETY: _____

PROSECUTION BY: __X__ INDICTMENT   ____ INFORMATION

OFFENSE: (Code & Description) __Count 1: 18 U.S.C. §§ 1349 and 1344, Conspiracy to Commit Bank Fraud. Notice of United States of America's Demand for Forfeiture.__

OFFENSE IS:  FELONY __X__   CLASS A MISDEMEANOR ____   CLASS B/C PETTY OFFENSE ____

MAXIMUM SENTENCE (Each Count): __Count 1: 30 yrs. Imprisonment; $1,000,000 fine; 5 yrs. Supervised Release and $100 mandatory Special Assessment.__

AGENT/AGENCY: __FBI/C. Arnold__  MANDATORY PENALTY:  Yes: _X_  No: __ As to special assessment only.
REMARKS: __jlh__